:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DVI FINANCIAL SERVICES, INC.                CIVIL ACTION

        v.

MEDCATH OF LITTLE ROCK, LLC

02-5143

### O R D E R

AND NOW, this 24TH day of SEPTEMBER, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **OCTOBER 7, 2002** at 9:30AM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                          or    BY THE COURT


BY:  ANGELA J. MICKIE
     Deputy Clerk                    Judge

Civ 12 (9/83)